AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JONATHAN TORRES, JOSE ELEVAR CABRERA CUELLAR, WENDY ALEXANDRA MENDOZA CUELLAR, LUZ DERLY PAEZ MARIN, and GERSON HERNANDEZ

*Plaintiff(s)*

v.   Civil Action No. 25-cv-03927-JPO

NANA'S COLOMBIAN BAKERY INC., NANA'S COLOMBIAN BAKERY MIDTOWN CORP., WILLIAM SIERRA, and MARIA CATALINA SIERRA,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nana's Colombian Bakery Inc.
366 North St.
Middletown, NY 10940

Nana's Colombian Bakery Midtown Corp.
366 North St.
Middletown, NY 10940

William Sierra
c/o Nana's Colombian Bakery
366 North St.
Middletown, NY 10940

Maria Catalina Sierra
c/o Nana's Colombian Bakery
366 North St.
Middletown, NY 10940

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Wisniewski, Esq.
17 State Street, Suite 820
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/14/2025

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*