UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JONATHAN TORRES, et al.,
                Plaintiffs,

v.

NANA'S COLOMBIAN BAKERY, INC., et al.,

                Defendants.
-----------------------------------------------------------x

**ORDER**

25-CV-03927 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 12, 2025, Jonathan Torres, Wendy Alexandra Mendoza Cuellar, Luz Derly Paez Marin, Jose Elevar Cabrera Cuellar, and Gerson Hernandez ("Plaintiffs") commenced the instant action against Nana's Colombian Bakery, Inc., Nana's Colombian Bakery Midtown Corp., William Sierra, and Maria Catalina Sierra ("Defendants"). (Doc. 1).

On May 14, 2025, the Clerk of Court issued summonses as to Defendants. (Doc. 5). Plaintiffs filed affidavits of service as to Defendants on June 11, 2025. (Docs. 8-11). Defendants did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavits of service.

Plaintiffs are directed to comply with this Court's Individual Practices Rule 4(B) by August 29, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
       July 31, 2025

_____
Hon. Philip M. Halpern
United States District Judge