UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JONATHAN TORRES et al.,

                         Plaintiffs,

v.                                   ORDER

NANA'S COLOMBIAN BAKERY INC., et al.,      25-CV-03927 (PMH)

                         Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Parties are directed to submit a letter to the Court via ECF, on or before May 6, 2026,

advising the Court of the status of mediation.


SO-ORDERED:

Dated:  White Plains, New York
        April 29, 2026

                               _____
                                Philip M. Halpern
                                United States District Judge