Application granted. The July 15, 2026 initial conference previously scheduled for 10:30 a.m. is adjourned to 12:00 p.m. on the same date, July 15, 2026. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 37.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 13, 2026

ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601
*VIA ECF*

**Re: Torres et al v. Nana's Colombian Bakery Inc. et al**
**Docket No.:25-cv-03927-PMH**

Dear Judge Halpern,

This firm represents Plaintiffs in the above-referenced case. I am writing respectfully to request that the telephone conference set for July 15 at 10:30AM be rescheduled either to between 9:00AM to 10:00AM or to after 11:30AM on July 15, 2026. I attempted to get opposing counsel's input but was unable to reach him. This is the first request of this type and there is no prejudice to any party.

The reason for this request is that I have a conflicting telephone conference at precisely 10:30AM with the court in Matos v. MHF MGMT II, LLC, Docket No. 26-cv-01627-GRB-ST pending in the Eastern District that had been rescheduled twice before Your Honor issued the scheduling order in this case.

Wherefore, I respectfully request that Your Honor reschedule the conference for a different time on July 15, 2026 or to any other date agreeable to Your Honor.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski